IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MT. LAUREL CONCRETE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>ORLEANS HOMEBUILDERS, INC.,<br><br>       Defendant. | Civil No. 08-1553 (JEI |

**RE-SCHEDULING ORDER
AND ORDER ON INFORMAL APPLICATION**

      This matter having come before the Court by way of letter application of Christine F. Marks, Esquire, dated April 8, 2008, requesting that the Court reschedule the initial case management conference; and for good cause shown;

      **IT IS** this **9th** day of **April, 2008** hereby **ORDERED**:

      The Court has rescheduled the Initial Case Management Conference originally scheduled on April 23, 2008. The new date for this conference is **May 7, 2008 at 11:30 a.m.**

      **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                             s/Joel Schneider
                                             JOEL SCHNEIDER
                                             United States Magistrate Judge